UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANNIE D. WRIGHT, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:14-CV-479-FL
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 29, 2015, and for the reasons set forth more specifically therein, that defendant's motion for judgment on the pleadings is granted and this matter is dismissed.

**This Judgment Filed and Entered on September 29, 2015, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro(via CM/ECF Notice of Electronic Filing)


September 29, 2015                                JULIE RICHARDS JOHNSTON, CLERK
                                                        /s/ Christa N. Baker
                                                       (By) Christa N. Baker, Deputy Clerk